DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAD HULLFISH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2872

[November 27, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case Nos. 50-2010-CF-001234-AXXX-MB and 50-2010-CF-002146-AXXX-MB.

Chad Hullfish, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***